IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GARY LINDSEY, JR.                                                         PLAINTIFF

       v.                      CIVIL NO. 2:17-cv-2086-MEF

NANCY A. BERRYHILL, Acting
Commissioner, Social Security Administration                     DEFENDANT

**FINAL JUDGMENT**

       This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding his applications for Disability Insurance Benefits and Supplemental Security Income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, the applicable law, and the parties having waived oral argument, finds as follows, to-wit:

       For the reasons announced by the Court on the record on April 26, 2018, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

       IT IS SO ORDERED this the 30th day of April, 2018.

                                                      /s/ Mark E. Ford
                                                      HON. MARK E. FORD
                                                      UNITED STATES MAGISTRATE JUDGE